UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KAREN WOODARD, ET AL. | CIVIL ACTION |
| VERSUS | NO: 03-2098 |
| JAMES ANDRUS, ET AL. | SECTION: R |

### **ORDER**

The Court is in receipt of fourteen motions and cross-motions for summary judgment, all of which are currently set for hearing on Wednesday, October 22, 2008. The Court has reviewed the motions and the attached memoranda and finds that a threshold issue must be addressed before the motions can be heard.

Accordingly, IT IS ORDERED that the parties shall submit no later than 2:00 p.m. on WEDNESDAY, OCTOBER 29, 2008, supplemental memoranda addressing whether the doctrine of abstention announced in *Railroad Comm'n of Tex. v. Pullman Co.*, 312 U.S. 496 (1941), is applicable to the present controversy. Each side shall combine the arguments for the various plaintiffs and clerks into one memorandum per side. The memoranda shall not exceed twenty-five pages, exclusive of any pages containing a table of contents or a table of authorities.

IT IS FURTHER ORDERED that the hearing date and oral arguments for the motions for summary judgment are CONTINUED until WEDNESDAY, NOVEMBER 5, 2008 at 1:00 p.m.

IT IS FURTHER ORDERED that the parties shall familiarize themselves with the Local Rules of the United States District Court for the Eastern District of Louisiana and shall strictly comply with the requirements set out therein.

New Orleans, Louisiana, this <u>20th</u> day of October, 2008.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE