UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

KAREN WOODARD, ET AL.                        CIVIL ACTION

VERSUS                                       NO: 03-2098

JAMES ANDRUS, ET AL.                         SECTION: R


**ORDER**

On November 5, 2008, the Court heard oral argument on fourteen motions and cross-motions for summary judgment in this case. At the hearing, the Court determined that certain threshold issues must be resolved before the Court will be able to rule on the motions. Accordingly, it ordered the parties to submit supplemental briefing on several topics. The Court now enters this written order to clarify its previous ruling.

IT IS ORDERED that the plaintiffs shall submit no later than 2:00 p.m. on MONDAY, NOVEMBER 17, 2008, a supplemental memorandum explaining the nature of the alleged violations of 42 U.S.C. § 1983. The memorandum shall address, but need not be limited

to, the following issues: (1) whether the alleged Due Process violation is substantive or procedural; (2) what process, if any, was provided by the clerks of court; (3) what process was due under the Fourteenth Amendment to the U.S. Constitution; (4) how the process provided by the clerks of court was constitutionally deficient; and (5) what the relationship is between the alleged state law violations and the alleged constitutional violations. The memorandum shall include citations to relevant cases, with particular attention to be paid to the earlier Fifth Circuit opinion in this case,[1] the Supreme Court's opinion in *Mathews v. Eldridge*,[2] and the Fifth Circuit's opinions in *Broussard v. Parish of Orleans*[3] and *Marco Outdoor Advertising, Inc. v. Regional Transit Authority*.[4] The memorandum shall not exceed twenty-five pages, exclusive of any pages containing a table of contents or a table of authorities.

IT IS FURTHER ORDERED that the defendants shall submit no later than 2:00 p.m. on TUESDAY, NOVEMBER 25, 2008, a supplemental memorandum addressing the issues described above and complying with the requirements listed above.

---

[1] *Woodard v. Andrus*, 419 F.3d 348 (5th Cir. 2005).

[2] 424 U.S. 319 (1976).

[3] 318 F.3d 644 (5th Cir. 2003).

[4] 489 F.3d 669 (5th Cir. 2007).

IT IS FURTHER ORDERED that the parties shall submit no later than 2:00 p.m. on FRIDAY, DECEMBER 5, 2008, a joint stipulation indicating: (1) what charges were assessed to the named plaintiffs by the clerks of court in the underlying state cases; (2) which of the charges assessed to the named plaintiffs have not been challenged by the plaintiffs; (3) which of the charges assessed to the named plaintiffs may not be challenged because the relevant statute of limitations or prescriptive period has run;[5] (4) which of the charges assessed to the named plaintiffs are undisputedly authorized by state law; (5) which of the charges assessed to the named plaintiffs are undisputedly *un*authorized by state law or in excess of the amount authorized by state law; and (5) which of the charges assessed to the named plaintiffs remain subject to dispute.

The parties shall use the defendants' fee spreadsheets[6] as the basis for their joint stipulation, and the stipulation shall be arranged in a similar format as the fee spreadsheets. If the parties disagree as to which category a particular charge falls under, that charge shall be listed as disputed. For each

---

[5] The determination should be based on this Court's rulings on December 20, 2006 (R. Doc. 98) and June 30, 2008 (R. Doc. 195). Compliance with this part of the Court's order will not prejudice any right of the parties to appeal those rulings.

[6] The spreadsheets are contained in the binder marked "Bench Book for Hearing on Motions for Summary Judgment," which was introduced as a demonstrative exhibit at the hearing.

disputed charge, the joint stipulation shall indicate where in the parties' briefs the charge is discussed.

In addition to filing the joint stipulation in the usual manner, the parties shall e-mail a copy directly to chambers.

IT IS SO ORDERED.


New Orleans, Louisiana, this 10th day of November, 2008.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE