RECEIVED
IN MONROE, LA

AUG 1 9 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KAREN ROBISON WOODARD ET AL. | CIVIL ACTION |
| VERSUS | NO. 03-2098 c/w 06-257 |
| JAMES ANDRUS ET AL. | HON. SARAH S. VANCE SITTING BY DESIGNATION |

### ORDER

Pursuant to the provisions of 28 U.S.C. § 636(f), as amended by the Federal Courts Improvement Act of 1996, the undersigned Chief Judges concur and order that United States Magistrate Judge Joseph C. Wilkinson, Jr. of the Eastern District of Louisiana is hereby temporarily assigned to conduct all duties appropriately performed by a United States Magistrate Judge in proceedings in the captioned matters in the Western District of Louisiana, for the same reasons supporting the previous special designation of a District Judge of the Eastern District of Louisiana to preside over this matter, upon appointment of a former counsel for plaintiffs in these cases to the position of United States Magistrate Judge for the Western District of Louisiana. The duration of Magistrate Judge Wilkinson's assignment is for completion of the captioned consolidated cases only.

This 18th day of August 2009.

ROBERT G. JAMES
CHIEF JUDGE, W.D.L.A.

SARAH S. VANCE
CHIEF JUDGE, E.D.L.A.